**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Zach 204 LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 47-2652684 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2322 Avenue N<br>Brooklyn, NY 11210 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kings | **Location of principal assets, if different from principal place of business** |
| County | Unit 20419925 N.E. 39th Place Aventura, FL 33810 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Zach 204 LLC
       Name

Case number (*if known*) _____

**7.  Describe debtor's business**    A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐  None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11. *Check all that apply*:

    ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐  A plan is being filed with this petition.

    ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    ZRG Inc.    Relationship    Affiliate

District    Eastern New York    When    1/29/25    Case number, if known    25-40464

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| | | |
|---|---|---|
| Debtor | Zach 204 LLC | Case number (*if known*) |
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

.    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Zach 204 LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      May 21, 2026
                 MM / DD / YYYY

**X** /s/    Zachry Gindi                                          Zachry Gindi
Signature of authorized representative of debtor          Printed name

Title    Manager

---

**18. Signature of attorney**    **X** /s/ Kevin Nash                          Date    May 21, 2026
Signature of attorney for debtor                              MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    knash@gwfglaw.com

1927656 NY
Bar number and State

## COMPANY RESOLUTION

At a special meeting of the sole member and manager of Zach 204 LLC (the "Company")

held on May 19, 2026, and after motion duly made and carried; it was:

> **RESOLVED**, that in view of the impending UCC foreclosure sale, it has been determined that the commencement by the Company of a bankruptcy proceeding under Chapter 11 of Title 11 of the United States Code by filing a petition in the United States Bankruptcy Court for the Eastern District of New York for the Company (the "Bankruptcy Proceeding") is in the best interest of the Company and will permit the Company to maximize the value of its property; and it is further

> **RESOLVED**, that the Company is authorized to execute and file a bankruptcy petition and commence Bankruptcy Proceeding and to cause the prosecution thereof; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing and prosecuting the Chapter 11 petition on its behalf.

Dated:  New York, New York
        May 22, 2026

            /s/ Zachary Gindi
            Zachary Gindi, Member/Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                      Chapter 11

Zach 204 LLC,                                               Case No.

                            Debtor.

---------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Zachary Gindi declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I am the Manager and sole Member of Zach 204 LLC (the "Debtor") and, as such, I am fully familiar with the facts and circumstances set forth below.

2.      I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 in support of the commencement of the Debtor's Chapter 11 case.  The purposes of this Declaration is to provide a brief outline of the Debtor's capital structure, the events leading up to the commencement of this Chapter 11 case, and the Debtor's reorganization strategy.

**Background**

3.      The Debtor is a Florida limited liability company which owns residential condominium unit number 204 at the Bella Vista Mid-Rise South Condominium, located at 19925 N.E. 39th Place, Aventura, Florida 33810 (the "Unit").  The Unit is encumbered by a mortgage held by Visana Capital LLC (the "Lender").

4.      The Lender recently obtained a judgment in the amount of $1,368,393, and has scheduled a foreclosure sale for May 26, 2026.

5.      The Debtor believes that the Unit has a fair market value of at least twice the amount of the judgment and is filing Chapter 11 to obtain the protection of the automatic stay while it seeks to refinance the debt.

6.      The case is being filed in the Eastern District of New York because the Debtor is an affiliate to three pending jointly administered cases involving other real estate entities owned by the undersigned, ZRG LLC 25-40464; 90 Nassau Street LLC 25-41126; and 385 Greenwich Street LLC 25-41127..

**Local Rule 1007-4**

7.      Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Petition.

8.      Pursuant to Local Rule 1007-4(a)(vi), the names and addresses of all creditors are being filed herewith.  A full set of schedules will be filed within two weeks.

9.      Pursuant to Local Rule 1007-4(a)(vii), the Debtor's Property is encumbered by the secured mortgage lien held by the Lender, as noted above.

10.      Pursuant to Local Rule 1007-4(a)(viii), a full set of schedules of assets will be filed within two weeks.

11.      Pursuant to Local Rule 1007-4(a)(ix), the undersigned is the sole member of the Debtor.

12.      Pursuant to Local Rule 1007-4(a)(x), no Receiver has been appointed.

13.      Pursuant to Local Rule 1007-4(a)(xi), the Debtor owns the Property identified above.

14.      Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are maintained in Brooklyn, NY.

15.     Pursuant to Local Rule 1007-4(a)(xiii), a schedule of pending lawsuits is attached.

16.     Pursuant to Local Rule 1007-4(a)(xiv), I am the manager of the Debtor.

17.     Pursuant to Local Rule 1007-4(a)(xv), the Debtor has no current employees.

Dated:  New York, NY
        May 22, 2026

<u>/s/ Zachary Gindi</u>
Zachary Gindi

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                          Chapter 11

Zach 204 LLC,                                   Case No.

                        Debtor.
--------------------------------------------------------------x


**LIST OF EQUITY HOLDERS**

       Zachary Gindi           100%


Dated:  New York, New York
       May 22, 2026

                By:    /s/ Zachary Gindi
                      Name:  Zachary Gindi
                      Title:   Member/Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                        Chapter 11

Zach 204 LLC,                                                 Case No.


                         Debtor.
-------------------------------------------------------------x

### LIST OF LAWSUITS

1.  Visana Capital v Zach 204 LLC et al.
    Circuit Court, 11th Judicial Circuit, Miami-Dade County, Florida
    Index No. 2025021911 CA01

    Attorney for Plaintiff:
    Berry J. Walker, Jr., Esq.
    Walker & Tudhope, P.A.
    225 South Westmonte Drive, Suite 2040
    Altamonte Springs, FL 32714

Dated:  New York, New York
        May 22, 2026


                          By:     /s/ Zachary Gindi
                                  Name:  Zachary Gindi
                                  Title:   Member/Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                        Chapter 11

Zach 204 LLC,                                                 Case No.

                                    Debtor.
--------------------------------------------------------------x

### LOCAL RULE 1007-2 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1007-2(a)(7),

Zach 204 LLC certifies that it is a private non-governmental party, and has no corporate

parent, affiliates and/or subsidiaries which are publicly held.

Dated:  New York, New York
        May 22, 2029

                              By:      /s/ Zachary Gindi
                                       Name:  Zachary Gindi
                                       Title:    Member/Manager